IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
        v.                      )       Case No. 07-10180-06-WEB
                                )
ANDREW S. WANG,                 )
                                )
                Defendant.      )
_____)

MEMORANDUM AND ORDER

Before the court is the defendant' Motion to Amend Presentence Investigation Report
(Doc. 357).   The defendant states that he was not completely truthful with the probation officer
completing his presentence investigative report, and he wants the report amended to reflect his
addiction to prescription drugs and alcohol.  The Defendant has provided doctor prescriptions
and medical records to show the number of prescriptions he had obtained.  The Defendant
requests the court amend his presentence report to allow him to gain entry to the residential drug
and alcohol program in the Bureau of Prisons.

Challenges to a PSI after sentencing must be based on a statute or rule which give the
court jurisdiction to consider the challenge.  United States v. Warner, 23 F.3d 287, 290 (10th Cir.
1994).   Subsequent to sentencing, there is not an independent jurisdictional basis for attacking
the accuracy of a presentence report.  Id., n. 3.  This court is without jurisdiction to amend the
presentence report.

IT IS THEREFORE ORDERED that the petitioner's Motion to Amend Presentence
Investigation Report (Doc. 357) is denied.

IT IS SO ORDERED this 1st day of April, 2010.

   s/ Wesley E. Brown
Wesley E. Brown
United States Senior District Court Judge